**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Gregory HOLT, Defendant–Appellant.**

**No. 05–31100**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Aug. 25, 2006.

James Thomas McManus, Camille Ann Domingue, Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Louisiana, Lafayette, LA, for Plaintiff–Appellee.

Wayne Joseph Blanchard, Federal Public Defender's, Office Western District of Louisiana, Lafayette, LA, for Defendant–Appellant.

Before DAVIS, SMITH, and WIENER, Circuit Judges.

PER CURIAM: *

The Federal Public Defender, counsel appointed to represent appellant Gregory Holt, has requested leave to withdraw and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Holt has not filed a response. Our independent review of the record and counsel's brief discloses no non-frivolous issue for appeal. Counsel's mo-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

tion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.